## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARIO ESCOBEDO, JR.** | : | **CIVIL NO.  3:15-CV-2378** |
| | : | |
| **Petitioner** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | |
| **WARDEN ODDO,** | : | |
| | : | |
| **Respondent** | : | |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

### ORDER

**AND NOW**, to wit, this 20th day of May 2016, upon consideration of the petition for

writ of habeas corpus (Doc. 1), and for the reasons set forth in the Court's memorandum of

the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED without prejudice for lack of jurisdiction.

2. The Clerk of Court is directed to NOTIFY the petitioner.

3. The Clerk of Court is further directed to CLOSE this case.

**BY THE COURT:**

**s/James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**